IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GINGER KATHRENS and THE CLOUD FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, Secretary of the Department of the Interior, *et al*,<br><br>Defendants. | CV 18-125-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiffs Ginger Kathrens and the Cloud Foundation (collectively, "Plaintiffs") move for the admissions of Katherine A. Meyer (Doc. 8) and Elizabeth L. Lewis (Doc. 9) to practice before this Court in this case with Rebecca K. Smith to act as local counsel. Ms. Meyer's and Ms. Lewis's applications appear to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Katherine A. Meyer and Elizabeth L. Lewis *pro hac vice* is **GRANTED** on the condition that Ms. Meyer and Ms. Lewis shall do their own work. This means that Ms. Meyer and Ms. Lewis must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further

information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Meyer and Ms. Lewis, within fifteen (15) days of the date of this Order, file pleadings acknowledging their admissions under the terms set forth above.

DATED this 27th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge