IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 27 2018
Clerk, U S District Court
District Of Montana
Billings

| GINGER KATHRENS, and THE CLOUD FOUNDATION, | CV 18-00125-BLG-SPW |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| RYAN ZINKE, Secretary Department of the Interior, et al., | |
| Defendants. | |

Pursuant to the Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, (Doc. 5),

**IT IS HEREBY ORDERED** that this matter is unreferred to United States Magistrate Judge Timothy J. Cavan and referred back to Judge Susan P. Watters.

**IT IS FURTHER ORDERED** the briefing schedule for the Motion (Doc. 5) shall be as follows:

The Government's Response Brief shall be filed by **5:00 p.m. today, August 27, 2018.**

The Plaintiffs' Reply Brief shall be filed by **12:00 p.m. on Tuesday, August 28, 2018.**

1

**IT IS FURTHER ORDERED** that the Motion (Doc. 5) will be deemed submitted **after 12:00 p.m., Tuesday August, 2018**.

DATED this 27th day of August, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge