IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GINGER KATHRENS, and THE CLOUD FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, Secretary Department of the Interior, et al.,<br><br>Defendants. | CV 18-00125-BLG-SPW<br><br>ORDER |

Upon the parties' Joint Motion to Cancel Proceedings and Stay Case (Doc. 20), and for good cause being shown,

**IT IS HEREBY ORDERED** that the preliminary injunction hearing scheduled for September 28, 2018 at 9:30 a.m. is **VACATED**;

**IT IS FURTHER ORDERED** that the portion of the Court's August 31, 2018 Order (Doc. 19) allowing the parties to provide additional briefing on Plaintiffs' motion for a preliminary injunction is **VACATED**;

1

**IT IS FURTHER ORDERED** that this action is **STAYED** until **November 5, 2018**, at which time the parties shall submit a joint status report informing the Court of the status of this case and proposing further proceedings as necessary.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 10th day of September, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge