

FILED

NOV 0 6 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GINGER KATHRENS, and THE CLOUD FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, Secretary Department of the Interior, et al.,<br><br>Defendants. | CV 18-00125-BLG-SPW<br><br>ORDER |

Upon the parties' Joint Motion to Extend Stay (Doc. 23), and for good cause being shown,

**IT IS HEREBY ORDERED** that this action is **STAYED** until **January 4, 2019**, at which time the parties shall submit a joint status report informing the Court of the status of this case and proposing further proceedings as necessary.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 5th day of November, 2018.

SUSAN P. WATTERS
United States District Judge

1