FILED

DEC 21 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GINGER KATHRENS, and THE CLOUD FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, Secretary Department of the Interior, et al.,<br><br>Defendants. | CV 18-00125-BLG-SPW<br><br>ORDER |

Having reviewed the parties' Joint Motion for Voluntary Dismissal, it is hereby ORDERED that Plaintiffs' Amended Complaint (ECF No. 18) is dismissed with prejudice and judgment is entered. The Court will retain jurisdiction over any claims for attorney's fees and costs arising under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

DATED this 21st day of December, 2018.

SUSAN P. WATTERS
United States District Judge

1