IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



JAN 18 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| GINGER KATHRENS, and THE CLOUD FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, Secretary Department of the Interior, et al.,<br><br>Defendants. | CV 18-00125-BLG-SPW<br><br>ORDER |

This matter is before the Court on Plaintiffs' Unopposed Motion to Hold in Abeyance Plaintiffs' Motion for an Award of Attorneys' Fees and Costs (Doc 28). Upon consideration of the unopposed motion, and the entire record in this case,

**IT IS HEREBY ORDERED** that Plaintiffs' motion (Doc. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for an Award of Attorneys' Fees and Costs (Doc. 27) shall be held in abeyance until thirty days after the partial Federal Government shut-down ceases to be in effect. At the end of that thirty (30) day period, the parties shall inform the Court of the status of their efforts to reach a settlement of this matter, and, if they have not been able to reach

such a settlement, their proposal for further proceedings on the Motion for Award of Attorneys' Fees and Costs.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 18th day of January, 2019.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge