

FILED

FEB 26 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GINGER KATHRENS, and THE CLOUD FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID L. BERNHARDT[1], Acting Secretary Department of the Interior, et al.,<br><br>Defendants. | CV 18-00125-BLG-SPW<br><br>ORDER |

Upon the parties' Joint Status Report (Doc. 30), and good cause being shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for an Award of Attorneys' Fees and Costs (Doc. 27) shall be held in abeyance until March 18, 2019. On March 18, 2019 the parties shall inform the Court of the status of their efforts to reach a settlement of this matter, and, if they have not been able to reach

---

[1] Acting Secretary Bernhardt is substituted as a Defendant under Rule 25(d) of the Federal Rules of Civil Procedure.

1

such a settlement, their proposal for further proceedings on the Motion for Award of Attorneys' Fees and Costs.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 26th day of February, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge