

FILED

APR 5 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GINGER KATHRENS, and THE CLOUD FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID L. BERNHARDT[1], Acting Secretary Department of the Interior, et al.,<br><br>Defendants. | CV 18-00125-BLG-SPW<br><br>ORDER |

Upon the parties' Joint Status Report and Joint Motion to Continue the Stay of Briefing on Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 34), and good cause being shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for an Award of Attorneys' Fees and Costs (Doc. 27) shall be held in abeyance until May 6, 2019. On May 6, 2019 the parties shall inform the Court of the status of their efforts to

---

[1] Acting Secretary Bernhardt is substituted as a Defendant under Rule 25(d) of the Federal Rules of Civil Procedure.

1

reach a settlement of this matter, and, if they have not been able to reach such a settlement, their proposal for further proceedings on the Motion for Award of Attorneys' Fees and Costs.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 5th day of April, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge